UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRACY RENEE WILLIAMS AND TWJ HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>V.<br><br>ROBERT TAYLOR, WESTON ZWIACHER, AIRBNB, INC., CRAWFORD & COMPANY, AND NAUTILUS INSURANCE COMPANY<br><br>*Defendants* | CIVIL ACTION NO. 20-789<br><br>SECTION: "E" (1)<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

### STIPULATION OF DISMISSAL OF PLAINTIFFS' CIVIL ACTION AGAINST NAUTILUS INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Tracy Renee Williams and TWJ Holdings, LLC ("Plaintiffs"), and Defendant, Nautilus Insurance Company ("Nautilus"), and hereby stipulate pursuant to Rule 41(a)(A)(1)(ii) of the Federal Rules of Civil Procedure that this civil action, including all claims and causes of action, brought by Plaintiffs against Nautilus are dismissed without prejudice.

Plaintiffs filed this civil action seeking to recover for property allegedly damaged by Weston Zwiacher and Robert Taylor when they rented Plaintiffs' property during the weekend of October 25, 2018. Plaintiffs named Nautilus, their commercial property insurer, as a defendant to this civil action as a precaution in the event Plaintiffs could not fully recover from the other named defendants for the property damages at issue. To date, Plaintiffs have not submitted a claim or any proof of loss to Nautilus for the alleged damages at issue. Now, in the interest of judicial economy and on their own volition, Plaintiffs have decided to dismiss their claims against Nautilus, without prejudice, while pursuing their claims against the other named

1

defendants. Nautilus has not filed an answer to the complaint or a motion for summary judgment. Therefore, dismissal of this action, without prejudice, against Nautilus only is appropriate under Rule 41.

Accordingly, pursuant to this stipulation, Plaintiffs' entire civil action against Nautilus Insurance Company is hereby dismissed, without prejudice. Plaintiffs reserve all rights against all remaining defendants to this civil action.

**Respectfully submitted,**

BY:   */s/ David A. Binegar*
      David A. Binegar
      Tiffany R. Christian
      Binegar Christian, LLC
      4902 Canal Street, Suite 301
      New Orleans, Louisiana  70119

**ATTORNEYS FOR PLAINTIFFS**

**AND**

**PHELPS DUNBAR LLP**

BY:   */s/ Thomas H. Peyton*
      Jay Russell Sever (Bar No. 23935)
      Thomas H. Peyton (Bar No. 32635)
      Canal Place | 365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: 504-566-1311
      Facsimile: 504-568-9130
      Email: severj@phelps.com
      Email: thomas.peyton@phelps.com

**ATTORNEYS   FOR   DEFENDANT, NAUTILUS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that on April 3, 2020, I electronically filed the foregoing *Stipulation of Dismissal of Plaintiffs' Civil Action Against Nautilus Insurance Company* with the Clerk of Court by using the CM/ECF system and have served a copy of same on counsel for all parties to this proceeding, by mailing the same by United States mail properly addressed, and first-class postage prepaid, and/or facsimile, and/or by electronic mail.

                                              */s/ Thomas H. Peyton*
                                              Thomas H. Peyton (Bar No. 32635)