UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRACY RENEE WILLIAMS and** | * | **CIVIL ACTION NO. 20-789** |
| **TWJ HOLDINGS, LLC** | * | |
| | * | |
| **Plaintiffs** | * | **SECTION "E" (1)** |
| | * | |
| **V.** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **ROBERT TAYLOR, WESTON ZWIACHER,** | * | |
| **AIRBNB, INC., CRAWFORD & COMPANY** | * | **MAGISTRATE JUDGE** |
| **And NAUTILUS INSURANCE COMPANY** | * | **JANIS VAN MEERVELD** |
| | * | |
| **Defendants** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL OF PLAINTIFFS' CIVIL ACTION
AGAINST CRAWFORD & COMPANY**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Tracy Renee Williams and TWJ Holdings, LLC ("Plaintiffs"), and Defendant, Crawford & Company ("Crawford"), and hereby stipulate pursuant to Rule 41(a)(A)(1)(ii) of the Federal Rules of Civil Procedure that this civil action, including all claims and causes of action, brought by Plaintiffs against Crawford are dismissed without prejudice.

Plaintiffs filed this civil action seeking to recover for property allegedly damaged by Weston Zwiacher and Robert Taylor when they rented Plaintiffs' property during the weekend of October 25, 2018. Plaintiffs named Crawford, as a defendant to this civil action. Now, in the interest of judicial economy and on their own volition, Plaintiffs have decided to dismiss their claims against Crawford, without prejudice, while pursuing their claims against the other named defendants. Crawford has not filed an answer or a motion for summary judgment. Therefore, dismissal of this action, without prejudice, against Crawford only is appropriate

under Rule 41.

Accordingly, pursuant to this stipulation, Plaintiffs' entire civil action against Crawford is hereby dismissed, without prejudice. Plaintiffs reserve all rights against all remaining defendants to this civil action.

                      Respectfully submitted,

BY: */s/ David A. Binegar*
David A. Binegar (#26603)
Tiffany R. Christian (#28529)
Binegar Christian, LLC
4902 Canal Street, Suite 301
New Orleans, Louisiana 70119

**ATTORNEYS FOR PLAINTIFFS**

        AND

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

BY: */s/ Robert S. Emmett*
**ROBERT S. EMMETT (#23725)**
**KIMBERLY C. DELK (#28018)**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
remmett@bakerdonelson.com
kdelk@bakerdonelson.com

**ATTORNEYS FOR CRAWFORD & COMPANY**

## **CERTIFICATE OF SERVICE**

I certify that on April 8th, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and have served a copy of same on counsel for all parties to this proceeding, by mailing the same by United States mail properly addressed, and first-class postage prepaid, and/or facsimile, and/or by electronic mail.


*/s/      Robert S. Emmett*