

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRACY RENEE WILLIAMS and TWJ HOLDINGS<br><br>VERSUS<br><br>ROBERT TAYLOR | CIVIL ACTION NO.: 20-789<br><br>SECTION: "E"<br><br>MAGISTRATE: 1 |

## ANSWER AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, comes defendant, Robert Taylor who for Answer to plaintiff's Complaint, respectfully avers as follows:

Robert Taylor denies the allegations in Petition III paragraphs 5 through 26.

Robert Taylor denies the allegations in Petition IV paragraphs 35 through 52.

Robert Taylor denies the allegations in paragraphs 92-97.

Robert Taylor denies any and all other allegations made against him.

### AFFIRMTIVE DEFENSE:

Referencing New Orleans police report number: 18102800035365 which occurred at 4:08 PM 10/28/2020, Robert Taylor was not in the state of Louisiana at this time.

TENDERED FOR FILING

___ Fee
___ Proce[s]
_X_ Dktd
___ CtRm
___ Doc. N[o]

AUG 28 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

Defendant prays for trial by jury as to parties and all issues herein.

**WHEREFORE**, defendant prays that after all due proceedings have been had, that there be judgment rendered herein in favor of defendant, Robert Taylor. Defendant further prays for trial by jury as to all parties and on all issues herein.

                              Respectfully submitted,

                              Robert Taylor

                              *Pro se*

**PRIORITY MAIL**

7016 2710 0000 5037 7057

From:
Robert Taylor
1074 N. Marion St. #2
Denver, CO 80218

To:
Carol L. Michel
500 Poydras St. Room C151
New Orleans, LA 70130

U.S. POSTAGE PAID
PM 2-DAY
DENVER, CO 80218
AUG 24, 20
AMOUNT
$10.75
R2305M146589-05

EP14H July 2013 Outer Dimension: 10 x 5






