UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRACY RENEE WILLIAMS AND TWJ HOLDINGS, LLC,** *Plaintiff* | * * * * * | **CIVIL ACTION NO.: 20-00789** |
| | * | **SECTION: "E" (1)** |
| **VERSUS** | * * | |
| | * | **JUDGE SUSIE MORGAN** |
| **ROBERT TAYLOR, WESTON ZWIACHER, AIRBNB, INC., CRAWFORD & COMPANY AND NAUTILUS INSURANCE COMPANY,** *Defendants* | * * * * * | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Foregoing Unopposed Motion to Stay Proceedings Pending Arbitration filed by Plaintiffs, Tracy Renee Williams and TWJ Holdings, LLC;

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion is **GRANTED** and these proceedings are stayed pending arbitration of this matter.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that once the arbitration of this matter is concluded, either Plaintiffs or Defendant can move this Court for an Order reopening these proceedings.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the above-captioned and numbered matter is administratively closed pending an Order of the Court reopening this matter.

New Orleans, Louisiana, this 31st day of March, 2021.

_____
**HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**